1  Name: Brian G Holtkamp
2  Address: 2624 Freeman Lane
3  
4  Phone: 714 543-2191
5  Fax:
6  In Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

-IFP Submitted

7  Plaintiff

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

10 Brian G Holtkamp
11 
12                                   Plaintiff
13              v.
14 Mozilla Foundation/mozilla.org
15 149 New Montgomery street
   4th Floor
16 San Francisco, Ca 94105  Defendant(s).

CASE NUMBER:
8:24-cv-01058-JWH-(ADSx)
To be supplied by the Clerk of
The United States District Court

Complaint -
Patent Infringement

18 Direct Contributory Infringement

20 The software contributors directly
21 infringed on the software utility patent. Filing
22 contributor infringement will terminate the
23 Mozilla Public License 2.0. Additionally it will
24 terminate all versions and extensions including
25 the GNU License, + all ~~model~~ manually
26 applied versions HtmL. Nothing will survive
27 the termination not even distributors or resellers.
28 There will be no cross-claims or counter claims
   and no declaratory actions.

CV-126 (09/09)        PLEADING PAGE FOR A COMPLAINT

Statement of Claim

Requesting this case be transferred to the Northern District making the Venue correct.

The Foundation works hard to insure the internet remains a free and public resource available for everyone to access

The Foundation has taken away all access to the internet, including the public Library

The Foundation shuts down and crashes all personal devices and PCs

System Event Logs says Slow Controlled shut down

Open Source License Applied to me for a particular purpose, which means they can apply it to anybody. Means modifying Source code and 3 years is the maximum amount of time

After 3 years the foundation merged my source code with my fathers source code, so they could continue controlling me and crashing my devices and taking away all internet access.

No internet means I can't look for work or apply for work.

The Foundation has a re-direct for applying

Delete employment application - and all cashe

The Foundation has taken 4 years of my life that I can't get back not allowing me to live my life or go about my dayly routine, because they are to busy controlling it.

Multiple jobs offered to me since the begining of Covid-19, they block HR department links, corupt my devices then shut them down. This is all a game to them, these people should not be allowed to have this much control over a person and there day to day life

## Relief

Requesting access to the Internet

Requesting to have and own personal devices and PC's for all forms of communication without them being shut down, turned off or destroyed

Request to remove the Mozilla Public License 2.0 and any other versions that supersede the original version

Request to remove the manually applyed GNU License and all other Licenses that don't apply or have any meaning to me

Request to have my information plus any other alias names they have created removed from the Web

Nothing to survive the License termination, not even distributors or resellers

# Relief

Requesting a money demand of 30,000 dollars

for the unacceptable number of miscellaneous personal devices and PC's they have destroyed and is on going they continue to do so. There is no reason for this kind of behavior and abuse to personal property

Request a money demand of 300,000 dollars

for the last 4 years having no internet and can not accept the countless number of employment positions that have been offered to me for 85,000 plus annual income amount.

The Foundation has taken away my Life for the last 4 years, they have no right to decide wether I can or can't work.

Certification and Closing

Date    5-15-2024

Signature of Plaintiff    Brian G Holtkamp

Printed name of Plaintiff    Brian G Holtkamp